# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  SOLARI, WENDY L.    §    Case No. 12-01935
                            §
                            §
                            §
        Debtors             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 01/20/2012 . [The case was converted to one under Chapter 7 on _____ .] The undersigned trustee was appointed on 01/20/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $69,591.06

   Funds were disbursed in the following amounts:

   Administrative expenses                        $105.00
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor

   Leaving a balance on hand of                   $69,486.06

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

UST Form 101-7-TFR (4/1/2009)

6. The deadline for filing claims in this case was  06/26/2012  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is  $6,729.55 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received  $0.00  as interim compensation and now requests the sum of  $6,729.55 , for a total compensation of  $6,729.55 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of  $0.00 , and now requests reimbursement for expenses of  $64.50 , for total expenses of  $64.50 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/25/2016          By: /S/ ROY SAFANDA
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 12-01935
Case Name: SOLARI, WENDY L.
Trustee Name: ROY SAFANDA

Claims of secured creditors will be paid as follows:

*Claimant*  *Proposed Payment*

Delete  NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | ROY SAFANDA | $6,729.55 | $64.50 |
| *Attorney for trustee* | SAFANDA LAW FIRM | $1,312.50 | $0.00 |
| *Appraiser* | | | |
| *Auctioneer* | | | |
| *Accountant* | | | |
| *Special Attorney for trustee* | METROU LAW FIRM | $4,380.00 | $23.03 |
| *Charges,* U.S. Bankruptcy Court | | | |
| *Fees,* United States Trustee | | | |
| Other | | | |

UST Form 101-7-TFR (4/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor* | NONE | | |
| *Attorney for* | | | |
| *Accountant for* | | | |
| *Appraiser for* | | | |
| *Other* | | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,550.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Michael Ryan, 4680 W. Main Street, Dundee, IL 60118 | $6,550.00 | $6,550.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $595,393.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | US Small Business Admin., 500 W. Madison St., #1150, Chicago, IL 60661 | $578,200.18 | $48,969.16 |
| 000003 | American InfoSource LP as agent for TD Bank, USA POB 248866 Oklahoma City, OK 73124-8866 | $11,964.17 | $1,013.57 |

UST Form 101-7-TFR (4/1/2009)

| | | | |
|---|---|---|---|
| 000004 | Portfolio Recovery Assoc., LLC, POB 41067, Norfolk, VA 23541 | $605.76 | $50.43 |
| 000006 | Midland Funding, Recoser, LLC, 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 | $2,781.15 | $237.00 |
| 000007 | Capital One, NA, c/o Becket & Lee LLP, POB 3001, Malvern, PA 19355-0701 | $912.29 | $75.64 |
| 000008 | eCAST Settlement, c/o Bass & Assoc., 3936 E. Ft. Lowell, Ste. 200, Tucson, AZ 85712 | $409.47 | $35.30 |
| 000009 | eCast Settlement Corp., c/o Bass & Assoc., 3936 E. Ft. Lowell, Ste. 200, Tucson, AZ 85712 | $520.76 | $45.38 |

**UST Form 101-7-TFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| NONE | | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| NONE | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00 .

**UST Form 101-7-TFR (4/1/2009)**