# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                              ) Bankruptcy No. 12-01935
SOLARI, WENDY L.                    )
                                    )
Debtor.                             )

## TRUSTEE'S ATTORNEY'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE JANET S. BAER
      Bankruptcy Judge

NOW COMES, __Peter Metrou__, Trustee's Attorney herein, pursuant to 11 U.S.C. §330, and requests $ __4,380.00__ as compensation and $ __23.03__ for reimbursement of expenses, $ __-0-__ amount of which has previously been paid.

### COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $ __69,591.06__. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 4,380.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 0.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ | ($47,500.00 max.) |
| 3% of balance | $ | |
| TOTAL COMPENSATION | $ 4,380.00 | |

**EXHIBIT E**

II.     TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $ 0.00 |
| Postage | $ 23.03 |
| Long Distance Telephone | $ -0- |
| Clerical | $ -0- |
| Other (Clerk Filing Fee, State Court | $ -0- |
| Service of Summons) | $ -0- |
| **TOTAL EXPENSES** | **$ 23.03** |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed: <u>February 2, 2017</u>.

                        /s/ Roy Safanda
                        ROY SAFANDA, Trustee
                        111 East Side Drive
                        Geneva, IL 60134-2402
                        (630) 262-1761

# *Metrou & Associates, P.C.*
## *Attorneys & Counselors at Law*

Peter N. Metrou, Attorney
Meghan N. Nemiroff, Attorney
Dimitrios A. Parhas, Attorney
Lynn Martner, Real Estate Paralegal

123 W. Washington St., Suite 216
Oswego, Illinois 60543
Telephone: (630) 551-7171
Facsimile: (630) 551-7174

September 26, 2016

Roy Safanda, Trustee
111 East Side Drive
Geneva, IL 60134

Re:   Bankruptcy Estate of Wendy Solari
      Case Number 12-01935
      Final Invoice

========================================================

**Attorney Services:**

| Date | Services | Time (hrs.) | Amount |
|---|---|---|---|
| 10/21/2014 | Draft and file Motion to Employ Counsel for Trustee for recovery of life insurance policy proceeds. | 1.25 | $Not Billed |
| 11/7/2014 | Court appearance in Geneva regarding Motion to Employ Counsel for Trustee. | 1.00 | $Not Billed |
| 12/1/2014 | Review Pacer Case Documents and consult with Trustee regarding Life Insurance Policy and Divorce case involving debtor. | 0.75 | $225.00 |
| 12/8/2014 | Review divorce documents and Draft Demand Letter to attorney for the Debtor. | 0.90 | $270.00 |
| 12/18/2014 | Telephone Call with attorney Brad Covey regarding Trustee's position of Insurance policy proceeds. | 0.20 | $60.00 |
| 12/29/2014 | Telephone Call w/Brad Covey regarding status of paperwork from Metlife. | 0.10 | $30.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/8/2015 | Telephone conference with Attorney Brad Covey. | 0.15 | $45.00 |
| 1/8/2015 | Letter to Trustee regarding status. | 0.20 | $60.00 |
| 2/20/2015 | Telephone Call w/Brad Covey regarding status. | 0.10 | $30.00 |
| 4/20/2015 | Draft Motion for Turnover of life insurance binders, policies and other documents. Motion not filed as documents turned over prior to filing motion. | 0.75 | $225.00 |
| 5/22/2015 | Draft & Mail Subpoena to MetLife regarding life insurance documents. | 1.00 | $300.00 |
| 6/8/2015 | Review Response from MetLife pursuant to subpoena requesting additional information for Debtor. | 0.25 | $75.00 |
| 6/22/2015 | Telephone call with MetLife to discuss life insurance policy. | 0.20 | $60.00 |
| 7/13/2015 | Receipt of email from Metlife with copies of documents per subpoena requests. Telephone call w/MetLife to discuss subpoena and life insurance documents. | 0.40 | $120.00 |
| 7/13/2015 | Email to Trustee regarding results from Metlife. | 0.20 | $60.00 |
| 7/21/2015 | Telephone Call with attorney Brad Covey. | 0.20 | $60.00 |
| 8/4/2015 | Telephone Call with Brad Covey, left message. | 0.05 | $Not Billed |
| 8/25/2015 | Telephone Call w/ Brad Covey regarding status of documents. | 0.10 | $30.00 |
| 10/27/2015 | Email to Attorney Brad Covey regarding status of turnover of life insurance policy documents. | 0.15 | $45.00 |
| 11/9/2015 | Email from Attorney Brad Covey regarding status of life insurance documents. | 0.10 | $30.00 |
| 11/13/2015 | Email to UST regarding status of case for Trustee Safanda. | 0.15 | $45.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/19/2016 | Receipt and review of letter and supporting documents regarding defenses to ownership of life insurance policy. Research issues concerning ownership and various case law. | 1.25 | $375.00 |
| 2/2/2016 | Telephone conference with Attorney John Biallis regarding representation of creditor and Debtor regarding insurance policy ownership. | 0.25 | $75.00 |
| 2/17/2016 | Letter to Attorney John Biallas regarding Trustee's position on ownership of Life Ins. Policy pursuant to Divorce. | 0.50 | $150.00 |
| 2/29/2016 | Telephone conference with Attorney John Biallis regarding status of life Insurance policy issues. | 0.20 | $60.00 |
| 3/18/2016 | Letter to Attorney John Biallas for counter offer on settlement. | 0.40 | $120.00 |
| 3/18/2016 | Draft and File Motion to Approve Compromise/Settlement on Life Insurance Policy Equity. | 1.50 | $450.00 |
| 3/29/2016 | Letter to Attorney John Biallas regarding Proposed settlement details. | 0.40 | $120.00 |
| 4/22/2016 | Court Appearance in Geneva regarding Motion to Approve Compromise/ Settlement and Ex-Spouse oral objection. | 1.25 | $375.00 |
| 4/22/2016 | Letter r to Attorney John Biallas regarding ex-spouse's objection to compromise. | 0.30 | $90.00 |
| 5/1/2016 | Letter to Attorney John Biallas regarding copy of court order and demand for payment. | 0.25 | $75.00 |
| 5/6/2016 | Review of Brief in Support of Motion to Approve Compromise Filed by Attorney John Biallis. Telephone conference with John Biallis. Telephone conference with Trustee. | 0.50 | $150.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/12/2016 | Preparation for court on ex-spouse oral Objection to Motion to Approve Compromise/Settlement. | 0.25 | $75.00 |
| 5/13/2016 | Court Appearance in Geneva regarding Motion to Approve Compromise/Settlement. | 1.25 | $375.00 |
| 6/20/2016 | Receipt and review of letter from attorney for settlement proceeds.  Letter to Trustee regarding check for settlement proceeds and completion of case. | 0.40 | $120.00 |
| | **Totals Attorney Services** | **14.60 hrs.** | **$4,380.00** |

**Attorney Expenses:**

| **Date** | **Expense** | **Amount** |
|---|---|---|
| 3/18/2016 | Postage for mailings Motion to Approve Compromise/Settlement ($0.49 x 47). | $23.03 |
| | **Total Expenses:** | **$23.03** |
| | **Total Balance Due for Services and Expenses:** | **$4,403.03** |