# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: ) Bankruptcy No. 12-01935
SOLARI, WENDY L. )
 )
   Debtor. )

## TRUSTEE'S ATTORNEY'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: THE HONORABLE JANET S. BAER
      Bankruptcy Judge

NOW COMES, __Roy Safanda__, Trustee's Attorney herein, pursuant to 11 U.S.C. §330, and requests $ __1,312.50__ as compensation and $ __0.00__ for reimbursement of expenses, $ __-0-__ amount of which has previously been paid.

### COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $ __69,591.06__. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,312.50 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 0.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ | ($47,500.00 max.) |
| 3% of balance | $ | |
| TOTAL COMPENSATION | $ 1,312.50 | |

**EXHIBIT E**

II.  TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $ 0.00 |
| Postage | $ 0.00 |
| Long Distance Telephone | $ -0- |
| Clerical | $ -0- |
| Other (Clerk Filing Fee, State Court | $ -0- |
| Service of Summons) | $ -0- |
| TOTAL EXPENSES | $ 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed: February 2, 2017.

                                        /s/ Roy Safanda
                                        ROY SAFANDA, Trustee
                                        111 East Side Drive
                                        Geneva, IL  60134-2402
                                        (630) 262-1761

## GENERAL BANKRUPTCY LEGAL ADMINISTRATION

Attorney Roy Safanda - Rate $375.00 hourly.

| Date | Hour | Amount | Activity |
|---|---|---|---|
| 3/30/12 | .125 | -0- | Prepare Notice, Verified Statement of Professional, Service, Proof, Petition and Order to Appoint Attorney |
| 4/05/12 | .25 | -0- | Court Appearance; Entry of Order Appointing Attorney |
| *Subtotal* | *.375* | *-0-* | |

### Attendance at Divorce Hearing

| Date | Hours | Amount | Activity |
|---|---|---|---|
| 2/18/13 | 3.50 | 1,312.50 | Attendance at and participation in hearing in Divorce Case 09 DK 1569, The Marriage of Solari, Regarding Possible Assets of Debtor and Spouse |
| *Subtotal* | *3.5* | *1,312.50* | |
| **Total** | **3.50** | **1,312.50** | |

Roy Safanda 3.50 hours @ $375.00/hour = $1,312.50