# CERTIFICATE OF SERVICE

      I, Roy Safanda, certify that on February 2, 2017, I caused a copy of the foregoing **NOTICE OF FILING, TRUSTEE'S FINAL REPORT, CERTIFICATE OF SERVICE, and SERVICE LIST,** to be served upon all parties identified as Registrants on the Service List below through the Court's ECF noticing system and to all other parties by depositing a copy in a U.S. Mail box located in the City of Geneva, Kane County, Illinois, with postage prepaid, enclosed in an envelope properly and securely sealed and plainly addressed to the following attorneys and parties of record.

**By electronic mail and the Court's ECF noticing system:**

John S. Biallas on behalf of Benedict Schwartz, II
Jsb70@comcast.net

Bradley S. Covey on behalf of Wendy L. Solari
Bradley.covey@gmail.com

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Steven C. Lindberg on behalf of Wells Fargo Bank, NA
bankruptcy@fallaw.com

Nisha B. Parikh on behalf of Wells Fargo Bank, NA
bankruptcy@fal-illinois.com

Peter N. Metrou
met.trustee7@att.net
(On behalf of Trustee Roy Safanda): metrouassociates@sbcglobal.net

Thomas E. Springer on behalf of Trustee Roy Safanda
tspringer@springerbrown.com

**By U.S. mail:**

US Small Business Admin.
500 W. Madison Street, #1150
Chicago, IL 60661

1

American InfoSource LP as agent for TD Bank, USA
POB 248866
Oklahoma City, OK 73124-8866

Portfolio Recovery Assoc., LLC.
POB 41067
Norfolk, VA 23541

Midland Funding, by Recoser, LLC
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131-1605

Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

eCAST Settlement
c/o Bass & Assoc., PC
3936 E. Ft. Lowell, Ste. 200
Tucson, AZ 85712

USA Internal Revenue Service
IRS
POB 7346
Philadelphia, PA 19101-7346

Richard G. Larsen on behalf of Trustee Roy Safanda
Myler Ruddy & McTavish
105 East Galena Blvd., 8th Floor
Aurora, IL 60505

/s/ Roy Safanda
Roy Safanda

SUBSCRIBED and SWORN to before me
this 3rd day of February, 2017.

_____
Notary Public

OFFICIAL SEAL
CARL F SAFANDA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/01/20

Roy Safanda, Safanda Law Firm, 111 East Side Drive, Geneva, IL 60134-2402
(630) 262-1761

2