### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 12-01935 |
| SOLARI, WENDY L. | ) |
| | ) |
| Debtor. | ) |

### NOTICE OF WITHDRAWAL
### OF DUPLICATE FILING

TO:   THE HONORABLE JANET S. BAER
        Bankruptcy Judge

Docket No. 59 was filed in error on February 2, 2017 by Trustee Roy Safanda. The Trustee now notifies the Court and requests that Docket No. 59 be withdrawn.

Executed: August 17, 2017.

                                                             /s/ Roy Safanda
                                                            ROY SAFANDA, Trustee
                                                            111 East Side Drive
                                                            Geneva, IL  60134-2402
                                                            (630) 262-1761