# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SOLARI, WENDY L. | § | Case No. 12-01935 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 994,499.00                   Assets Exempt: 43,460.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 56,976.48    Claims Discharged
                                               Without Payment: 860,432.30

Total Expenses of Administration: 12,614.58

---

3) Total gross receipts of $ 69,591.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 69,591.06 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,011,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,614.58 | 12,614.58 | 12,614.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 27,805.00 | 15,211.00 | 15,211.00 | 6,550.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 287,660.00 | 595,393.78 | 595,393.78 | 50,426.48 |
| **TOTAL DISBURSEMENTS** | $ 1,326,465.00 | $ 623,219.36 | $ 623,219.36 | $ 69,591.06 |

　　　　4)  This case was originally filed under chapter 7 on  01/20/2012 .  The case was pending for 68 months.

　　　　5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　Dated:  08/08/2017　　　　　　By:/s/Roy Safanda
　　　　　　　　　　　　　　　　　　　　　　　Trustee

　　　**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| cash | 1129-000 | 20.00 |
| checking account w/Old Second #12801010674 | 1129-000 | 400.00 |
| 2007 Honda Odyssey LX (100,000 miles) | 1129-000 | 5,700.00 |
| Post-Petition Interest Deposits | 1249-000 | 41,850.60 |
| Post-Petition Interest Deposits | 1270-000 | 1.46 |
| Met Life Loan (50%) | 1290-000 | 21,619.00 |
| **TOTAL GROSS RECEIPTS** | | **$69,591.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dawn Conrad c/o Gary Vanek 1250 Larkin, Ste. 100 Elgin, IL 60123 | | 0.00 | NA | NA | 0.00 |
| | IRS P.O. Box 7346 Philadelphia, PA 19101-7346 | | 25,000.00 | NA | NA | 0.00 |
| | Union National Bank 101 E. Chicago St. Elgin, IL 60120 | | 672,000.00 | NA | NA | 0.00 |
| | Wells Fargo 1 Home Campus Des Moines, IA 50328 | | 234,000.00 | NA | NA | 0.00 |
| | William Conrad c/o Gary M. Vanek 1250 Larkin Ave., Ste. 100 Elgin, IL 60123 | | 80,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 1,011,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | 2100-000 | NA | 6,729.55 | 6,729.55 | 6,729.55 |
| ROY SAFANDA | 2200-000 | NA | 64.50 | 64.50 | 64.50 |
| UNION BANK | 2600-000 | NA | 105.00 | 105.00 | 105.00 |
| SAFANDA LAW FIRM | 3110-000 | NA | 1,312.50 | 1,312.50 | 1,312.50 |
| METROU LAW FIRM | 3210-000 | NA | 4,403.03 | 4,403.03 | 4,403.03 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,614.58 | $ 12,614.58 | $ 12,614.58 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS P.O. Box 7346 Philadelphia, PA 19101-7346 | | 14,561.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Bankruptcy Sec. Leve. 7-425 100 W. Randolph St. Chicago, IL 60601 | | 4,583.00 | NA | NA | 0.00 |
| 000005 | DEPARTMENT OF THE TREASURY | 5800-000 | 8,661.00 | 8,661.00 | 8,661.00 | 0.00 |
| 000001 | MICHAEL RYAN | 5800-000 | NA | 6,550.00 | 6,550.00 | 6,550.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 27,805.00 | $ 15,211.00 | $ 15,211.00 | $ 6,550.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrea Adams DDS 40W320 LaFox Suite D Saint Charles, IL 60175 | | 247.00 | NA | NA | 0.00 |
| | Best Buy HSBC Retail Services PO Box 17298 Baltimore, MD 21297 | | 435.00 | NA | NA | 0.00 |
| | Carsons HSBC PO box Baltimore, MD 21297 | | 425.00 | NA | NA | 0.00 |
| | Dell ARRC Nashville 6850 Eastgate Blvd. Suite B Lebanon, TN 37090 | | 1,200.00 | NA | NA | 0.00 |
| | Delnor Community Hospital PO Box 88055 Chicago, IL 60680 | | 870.00 | NA | NA | 0.00 |
| | Gap Visa PO Box 960017 Orlando, FL 32896 | | 2,656.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gymboree Visa US Bank PO Box 790408 | | 0.00 | NA | NA | 0.00 |
| | J Jill PO Box 659622 San Antonio, TX 78265 | | 330.00 | NA | NA | 0.00 |
| | Kohls PO Box 2983 Milwaukee, WI 53201 | | 792.00 | NA | NA | 0.00 |
| | Michael Ryan 4680 W. Main St. Dundee, IL 60118 | | 10,550.00 | NA | NA | 0.00 |
| | Schwarz & Pucci 303 W. Min St. Dundee, IL 60118 | | 51,989.00 | NA | NA | 0.00 |
| | SomerCor 504 Inc. 601 S. LaSalle, Suite 510 Chicago, IL 60605 | | 10,500.00 | NA | NA | 0.00 |
| | Stephen P. Harris 252 Parkchester Rd. Elk Grove Village, IL 60007 | | 0.00 | NA | NA | 0.00 |
| | Target National Bank PO Box 660170 Dallas, TX 75266-0170 | | 11,201.00 | NA | NA | 0.00 |
| | Union National Bank c/o Jeffrey Burns 20 S. Clark St., Ste. 2310 Chicago, IL 60603 | | 96,745.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Union National Bank c/o Jeffrey S. Burns 20 S. Clark St., Ste. 2310 60603-1802 | | 99,720.00 | NA | NA | 0.00 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 11,964.17 | 11,964.17 | 1,013.57 |
| 000007 | CAPITAL ONE, N.A. | 7100-000 | NA | 912.29 | 912.29 | 75.64 |
| 000009 | CAPITAL ONE, N.A. (BEST BUY CO., IN | 7100-000 | NA | 520.76 | 520.76 | 45.38 |
| 000008 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 409.47 | 409.47 | 35.30 |
| 000006 | MIDLAND FUNDING LLC | 7100-000 | NA | 2,781.15 | 2,781.15 | 237.00 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 605.76 | 605.76 | 50.43 |
| 000002 | U S SMALL BUSINESS ADMINISTRATION | 7100-000 | NA | 578,200.18 | 578,200.18 | 48,969.16 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 287,660.00 | $ 595,393.78 | $ 595,393.78 | $ 50,426.48 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-01935 MB Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SOLARI, WENDY L. | Date Filed (f) or Converted (c): | 01/20/12 (f) |
| | | 341(a) Meeting Date: | 03/05/12 |
| For Period Ending: | 08/08/17 | Claims Bar Date: | 06/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family home: 40W650 White Fence Way, St. Ch | 275,000.00 | 1,000.00 | | 0.00 | FA |
| 2. commercial building: 2482 Technology Dr., Elgin, I | 700,000.00 | 0.00 | | 0.00 | FA |
| 3. cash | 20.00 | 20.00 | | 20.00 | FA |
| 4. checking account w/Old Second #12801010674 | 400.00 | 400.00 | | 400.00 | FA |
| 5. security deposit w/GCI Properties | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6. 1/2 interest in misc. household goods and furnishi | 5,000.00 | 1,000.00 | | 0.00 | FA |
| 7. 1/2 interest in antique Coke machine, Old World Sa | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 8. misc. wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9. misc. jewelry | 200.00 | 200.00 | | 0.00 | FA |
| 10. Olympus SLR camera | 200.00 | 200.00 | | 0.00 | FA |
| 11. IRA w/Merril Lynch | 10,780.00 | 0.00 | | 0.00 | FA |
| 12. Scott Trade stock account | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 13. RRA w/Merril Lynch acct #69F-93927 | 10,780.00 | 0.00 | | 0.00 | FA |
| 14. 100% owner of Custom Cabinets & Remodeling, Inc. d | 0.00 | 0.00 | | 0.00 | FA |
| 15. S & H Real Estate LLC (assets include three box tr | 0.00 | 0.00 | | 0.00 | FA |
| 16. Money account w/Merrill Lynch | 7,398.00 | 7,398.00 | | 0.00 | FA |
| 17. savings bonds | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2007 Honda Odyssey LX (100,000 miles) | 8,100.00 | 5,700.00 | | 5,700.00 | FA |
| 19. 2003 Ford F350 Dual Cab Extended Bed | 7,600.00 | 7,600.00 | | 0.00 | FA |
| 20. 2006 Yamaha touring motorcycle | 1.00 | 1.00 | | 0.00 | FA |
| 21. 2000 Chevy Venture | 2,600.00 | 2,600.00 | | 0.00 | FA |
| 22. 1990 SeaSprite boat | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 23. Met Life Loan (50%) (u) | 21,619.00 | 21,619.00 | | 21,619.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 41,852.06 | FA |

Gross Value of Remaining Assets

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-01935 | MB | Judge: Manuel Barbosa | | Trustee Name: | Roy Safanda |
| Case Name: | SOLARI, WENDY L. | | | | Date Filed (f) or Converted (c): | 01/20/12 (f) |
| | | | | | 341(a) Meeting Date: | 03/05/12 |
| | | | | | Claims Bar Date: | 06/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,065,698.00 | $63,238.00 | | $69,591.06 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   / /         Current Projected Date of Final Report (TFR):   / /

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-01935 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | SOLARI, WENDY L. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5691 Checking Account |
| Taxpayer ID No: | *******4134 | | | |
| For Period Ending: | 08/08/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 120.00 | | 120.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 6,001.46 | | 6,121.46 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,106.46 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,091.46 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,076.46 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,061.46 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,046.46 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,031.46 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,016.46 |
| 01/18/14 | INT | Bankruptcy Est. of David M. Solari | Other Litigation/Settlement | 1249-000 | 41,850.60 | | 47,867.06 |
| | | % Elizabeth Berg, Trustee | | | | | |
| | | 200 N. Clark St., Ste. 200 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 07/12/16 | 23 | Law Offices of Benedict Schwarz, II, PC | MetLife Loan (50%) 109236.001-1 | 1290-000 | 21,619.00 | | 69,486.06 |
| | | Attorneys at Law | | | | | |
| | | 303 West Main Street | | | | | |
| | | West Dundee, IL 60118 | | | | | |
| 03/10/17 | 010001 | Roy Safanda | Chapter 7 Compensation/Expense | | | 6,794.05 | 62,692.01 |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL 60134 | | | | | |
| | | | Fees         6,729.55 | 2100-000 | | | |
| | | | Expenses        64.50 | 2200-000 | | | |
| 03/10/17 | 010002 | Safanda Law Firm | Claim 000010, Payment 100.00000% | 3110-000 | | 1,312.50 | 61,379.51 |
| | | 111 East Side Drive | Attorney's Fees | | | | |
| | | St. Charles, IL 60174 | | | | | |
| 03/10/17 | 010003 | Michael Ryan | Claim 000001, Payment 100.00000% | 5800-000 | | 6,550.00 | 54,829.51 |
| | | 4680 W. Main St. | | | | | |
| | | Dundee, IL 60118 | | | | | |
| | | | Page Subtotals | | 69,591.06 | 14,761.55 | |

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-01935 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | SOLARI, WENDY L. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5691 Checking Account |
| Taxpayer ID No: | *******4134 | | | |
| For Period Ending: | 08/08/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/10/17 | 010004 | U S Small Business Administration<br>c/o Mary Cvengros<br>500 W Madison St., #1150<br>Chicago, IL 60661 | Claim 000002, Payment 8.46924% | 7100-000 | | 48,969.16 | 5,860.35 |
| 03/10/17 | 010005 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000003, Payment 8.47171% | 7100-000 | | 1,013.57 | 4,846.78 |
| 03/10/17 | 010006 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000004, Payment 8.32508% | 7100-000 | | 50.43 | 4,796.35 |
| 03/10/17 | 010007 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000006, Payment 8.52165% | 7100-000 | | 237.00 | 4,559.35 |
| 03/10/17 | 010008 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 8.29122% | 7100-000 | | 75.64 | 4,483.71 |
| 03/10/17 | 010009 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Claim 000008, Payment 8.62090% | 7100-000 | | 35.30 | 4,448.41 |
| 03/10/17 | 010010 | Capital One, N.A. (Best Buy Co., Inc.)<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Claim 000009, Payment 8.71419% | 7100-000 | | 45.38 | 4,403.03 |
| 03/10/17 | 010011 | Metrou Law Firm<br>123 W. Washington Street, Ste. 216<br>Oswego, IL 60543 | Attorney Fees - Compensation | 3210-000 | | 4,403.03 | 0.00 |

Page Subtotals 0.00 54,829.51

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 12-01935 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SOLARI, WENDY L. | Bank Name: | UNION BANK |
|  |  | Account Number / CD #: | *******5691  Checking Account |
| Taxpayer ID No: | *******4134 |  |  |
| For Period Ending: | 08/08/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS |  | 69,591.06 | 69,591.06 | 0.00 |
|  |  |  | Less:  Bank Transfers/CD's |  | 6,121.46 | 0.00 |  |
|  |  |  | Subtotal |  | 63,469.60 | 69,591.06 |  |
|  |  |  | Less:  Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 63,469.60 | 69,591.06 |  |

Page Subtotals          0.00          0.00

Ver: 19.07a

FORM 2                                                                                                                                  Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                                        Exhibit 9

| Case No: | 12-01935 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | SOLARI, WENDY L. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7676  Checking Account |
| Taxpayer ID No: | *******4134 | | | |
| For Period Ending: | 08/08/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Transfer from Acct #*******5136 | | 9999-000 | 120.00 | | 120.00 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 120.00 | 0.00 |

|  |  |
| --- | --- |
| COLUMN TOTALS | 120.00    120.00    0.00 |
| Less:  Bank Transfers/CD's | 120.00    120.00 |
| Subtotal | 0.00    0.00 |
| Less:  Payments to Debtors | 0.00 |
| Net | 0.00    0.00 |

Page Subtotals            120.00        120.00

Ver: 19.07a

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-01935 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | SOLARI, WENDY L. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******5136 Money Market Account |
| Taxpayer ID No: | *******4134 | | | |
| For Period Ending: | 08/08/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | 3, 4, 18 | Wendy L. Solri<br>301 South 12th Street<br>St. Charles, IL  60174 | Liquidation of Assets | 1129-000 | 6,120.00 | | 6,120.00 |
| 08/31/12 | | Transfer to Acct #*******7676 | | 9999-000 | | 120.00 | 6,000.00 |
| 09/28/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.32 | | 6,000.32 |
| 10/31/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.41 | | 6,000.73 |
| 11/30/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.39 | | 6,001.12 |
| 12/27/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.34 | | 6,001.46 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 6,001.46 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 6,121.46 | 6,121.46 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,121.46 | |
| Subtotal | 6,121.46 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,121.46 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********5691 | 63,469.60 | 69,591.06 | 0.00 |
| Checking Account - ********7676 | 0.00 | 0.00 | 0.00 |
| Money Market Account - ********5136 | 6,121.46 | 0.00 | 0.00 |
| | 69,591.06 | 69,591.06 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   6,121.46   6,121.46

Ver: 19.07a